IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| KATHY KELLEHER,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC,<br><br>    Defendants. | No. C14-1002<br><br>JUDGMENT IN A CIVIL CASE |

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the order entered on April 28, 2015 (doc. 24):

Plaintiff Kathy Kelleher takes nothing and this matter is dismissed.

Dated April 28, 2015

                                              ROBERT L. PHELPS, CLERK OF COURT
                                              U.S. District Court for the Northern District of Iowa

                                              By: s/ Jill Becker
                                              Deputy Clerk